RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/4/12
BY JDB

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID LYNN STAPLEMAN #239476 a.k.a. DAVID LYNN STAPLETON | CIVIL ACTION NO.12-823 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR |
| DEPT. OF PUBLIC SAFETY & CORRECTIONS | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DENIED and DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 4th day of September, 2012.

JAMES T. TRIMBLE, JR
UNITED STATES DISTRICT JUDGE